IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:24CR227-1
:
ELIZA ADDO-LUMSDEN :

The United States Attorney charges:

**Background**

At all times relevant hereto:

A. The defendant, ELIZA ADDO-LUMSDEN, was a resident of Guilford County, in the Middle District of North Carolina.

B. Zioness Skin Care, LLC ("Zioness Skin Care"), was a company that ELIZA ADDO-LUMSDEN registered with the North Carolina Secretary of State on or about June 1, 2020. The registered business address for Zioness Skin Care was ADDO-LUMSDEN's residential address.

C. The United States Small Business Administration ("SBA") was an executive-branch agency of the United States government that provided support to entrepreneurs and small businesses. The mission of the SBA was to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recovery of communities after disasters.

D. As part of that effort, the SBA enabled and provided loans through banks, credit unions, and other lenders that had government-backed guarantees. The SBA also provided direct loans.

E. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in or around March 2020 to provide emergency financial assistance to Americans suffering negative economic effects caused by the COVID-19 pandemic.

### The Paycheck Protection Program

F. One source of relief provided by the CARES Act was the authorization of up to $349 billion in forgivable loans to small businesses for job retention and certain other expenses, through a program called the Paycheck Protection Program ("PPP"). In or around April 2020, Congress authorized over $300 billion in additional PPP funding.

G. In order to obtain a PPP loan, a qualifying business was required to submit a PPP loan application called an SBA Form 2483. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications in order to be eligible to obtain the PPP loan. In the PPP loan application, the small business (through its authorized representative) was required to state, among other things, its (i) average monthly payroll expenses, and (ii) number

of employees. These figures were used to calculate the amount of money the small business was eligible to receive under the PPP.

H. A PPP loan application was required to be processed by a participating financial institution (the "lender"). If a PPP loan application was approved, the lender funded the PPP loan using its own monies, which were fully guaranteed by the SBA. Data from the loan application, including information about the borrower, the total amount of the loan, and the listed number of employees, was electronically submitted to the SBA in the course of processing the loan.

I. On or about June 12, 2020, the defendant, ELIZA ADDO-LUMSDEN, received a PPP loan for Zioness Skin Care for $317,130 based on an application that contained fraudulently inflated payroll expenses and employment figures.

## The Offense
## False Statement
## (18 U.S.C. § 1001)

1. The introductory paragraphs are incorporated by reference as if fully set forth herein.

2. On or about March 4, 2021, in the Middle District of North Carolina, the defendant, ELIZA ADDO-LUMSDEN, did willfully and knowingly make a false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of

3

the Government of the United States, by telling a Special Agent with the Internal Revenue Service – Criminal Investigation that Zioness Skin Care had gross receipts in excess of $400,000 and that it had an annual payroll of approximately $126,000, when as ELIZA ADDO-LUMSDEN then well knew, Zioness Skin Care did not have any established payroll and did not have gross receipts in excess of $400,000; in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: July 29, 2024.

*Sandra J. Hairston*
SANDRA J. HAIRSTON
United States Attorney

*Ashley E. Waid*
BY: ASHLEY E. WAID
Assistant United States Attorney